**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HALEY, AN INDIVIDUAL, ESTATE OF MICHAEL HALEY, DECEDENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN F. SALAZAR, WARDEN, IN HIS INDIVIDUAL CAPACITY; ROMEO FELIOT ANG, JR. MD., IN HIS INDIVIDUAL CAPACITY; JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. EDCV 10-00342 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 14, 2010

　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge